UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | |
|---|---|
| OSCAR LUIS CAVERO nad ALICIA PUSAJO, | 07 CV 11591 |
| Plaintiffs, | |
| - against - | **AFFIDAVIT OF SERVICE** |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |

------------------------------------x

STATE OF NEW YORK    )
                     ss.:
COUNTY OF NEW YORK   )

ALLEN F. HEALY, being duly sworn, deposes and states:

1. I am not a party to this action, am over eighteen years of age, and reside in Bronx, New York.

2. On December 27, 2007, at approximately 1:01 pm, I served, by hand, true copies of the Summons In A Civil Action, Civil Cover Sheet, Class Action Complaint, Procedures For Electronic Case Filing (dated 03/06/03), 3rd Amended Instructions For Filing An Electronic Case Or Appeal, Guidelines For Electronic Case Filing, and Press Release: All Southern District Judges Now Require Electronic Case Filing (dated 06/01/04), upon Mr. Andreas Okas, Deputy General Manager, on behalf of Defendant, at the Banco de la Nacion Argentina, 225 Park Avenue, 3rd Floor, New York, New York.

3. Mr. Okas represented that he was authorized to accept service. He was a White male, with white hair, stocky-built, fair complexion, approximately 60-65 years old, around 220-230

lbs, and about 6'4" tall.

                                                                                 _____
                                                                                          Allen F. Healy
                                                                    Process Server's License #0921311

Sworn to before me this
27th day of December 2007
_____
(Notary Public)

KENNETH BIGLIANI
Notary Public, State of New York
No. 31-4970383
Qualified in New York County
Commission Expires August 13, 2010