UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
OSCAR LUIS CAVERO and ALICIA PUSAJO,                :
                                                    :
                     Plaintiffs,                    :        07 Civ. 11591 (TPG)
                                                    :
            - against -                             :
                                                    :        CERTIFICATE OF
THE REPUBLIC OF ARGENTINA,                          :        SERVICE
                                                    :
                     Defendant.                     :
                                                    :
-------------------------------------------------------------------- X

        I, Andrew M. Scott, an attorney admitted to practice in the State of New York and

the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP,

attorneys for The Republic of Argentina, hereby certify that:

        1.  On the 25th day of February 2008, the Answer of Defendant was served by

First Class Mail upon:

                        Howard Sirota, Esq.
                        Sirota & Sirota LLP
                        885 Third Avenue Suite 3040
                        New York, New York 10022

                        Guillermo A. Gleizer, Esq.
                        19 West 34th Street
                        New York, NY  10001

                        Proskauer Rose LLP
                        1585 Broadway
                        New York, NY  10036

                        Lovell Stewart Halabian LLP
                        500 Fifth Avenue
                        New York, NY  10110

        2.  This service was made by an assistant managing clerk of this firm under my

general supervision.

Dated:   New York, New York
            February 27, 2008

                                              /s/Andrew M. Scott
                                                Andrew M. Scott