UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Oscar Luis Covero and Alicia Tosijo

                        Plaintiff,                    07 CIVIL 11591 (TPG)

         -against-

The Republic of Argentina  Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   HOWARD B SIROTA

☑ *Attorney*

    ☐    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: HBS-5925

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐    *Address:*    760 MADISON AVENUE NY NY 10016

☐    *Telephone Number:*    212 425-9055

☐    *Fax Number:*    212 448-0066

☐    *E-Mail Address:*    howard@sirotalaw.com

Dated: 7/8/08