Howard Sirota, Esq.
260 Madison Avenue
New York, NY 10016
(212)-425-9055
howard@sirotalaw.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
OSCAR LUIS CAVERO and ALICIA PUSAJO,       :
                                           :   07 Civ. 11591
                              Plaintiffs,  :
         -against-                         :
                                           :
THE REPUBLIC OF ARGENTINA,                 :
                              Defendant.   :
                                           :
------------------------------------------------------------------------ x

### Notice of Change of Firm

Please take notice that co-counsel Howard Sirota, formerly associated with the law firm Sirota & Sirota, is now practicing as Howard Sirota, Attorney at Law. Accordingly, Howard Sirota, Attorney at Law, shall hereinafter succeeded Sirota & Sirota as co-counsel.

Additionally, please take notice that Howard Sirota's current contact information is:

>Howard Sirota
>Attorney at Law
>260 Madison Avenue
>New York, NY 10016
>Tel: (212)-425-9055
>Fax: (212)-448-0066
>howard@sirotalaw.com

Please kindly direct all future correspondence to the new address set forth above.

Dated: July 8, 2008

By: /s/ Howard Sirota
Howard Sirota, Esq.
260 Madison Avenue
New York, NY 10016
(212)-425-9055
howard@sirotalaw.com

*Attorney for Plaintiffs*