## Certificate of Service

I, the undersigned attorney for Plaintiff, hereby certify that on July 10, 2008, I caused to be served upon Jonathan I. Blackmun, Esq., of Cleary Gottlieb Steen & Hamilton LLP, at One Liberty Plaza, New York, NY 10006, by personal delivery, a true and correct copy of:

- Notice of Change of Firm
- Notice of Change of Address

Dated: July 10, 2008            By: _____

William H. Weisman, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
212-969-3000
wweisman@proskauer.com