UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Oscar Luis Covino + Alicia Pusajo

                      Plaintiff,          07 CIVIL 11591 (TPG)

-against-

The Republic of Argentina   Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __HOWARD B SIROTA__

☑ *Attorney*

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    __HBS-5925__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: __Sirota + Sirota__

    To: __Howard B. Sirota__

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ Address: __700 MADISON AVENUE NY NY 10016__

☐ Telephone Number: __212 425-9055__

☐ Fax Number: __212 448-0066__

☐ E-Mail Address: __howard@sirotalaw.com__

Dated: __7/15/08__    __H. Sirota/W-W__